```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 08-80286-CIV-ZLOCH
```

JOSEPH YVON,

       Plaintiff,                   **FINAL ORDER OF DISMISSAL**

vs.

SHAHIDA MOSHAMMET, INC., et al.,

       Defendants.

_____/

    THIS MATTER is before the Court pursuant to the Court's Order To Show Cause (DE 5) previously entered herein and Plaintiff's Notice Of Good Cause In Response (DE 6), which the Court construes as a Motion For Extension of Time.  The Court has carefully reviewed the entire court file herein and is otherwise fully advised in the premises.

    By prior Order (DE 5), the Court directed Plaintiff to file a Memorandum by noon on Wednesday August 6, 2008, showing good cause for the failure to effect service of process or otherwise showing compliance with Federal Rule of Civil Procedure 4(m), or to file a voluntary dismissal of the above-styled cause within the foregoing time period.  In said Order, the Court notified Plaintiff that the failure to timely abide by the terms and conditions of said Order would result in dismissal of this action without prejudice and without further notice or hearing.

Plaintiff filed his Response (DE 6), out of time, noting that his counsel failed to receive the filings in this action due to his firm's email server being moved. Said Response also contains a Motion to extend the period in which service may be made outside the period set by Federal Rule of Civil Procedure 4(m). While Plaintiff does not state how long an extension of time he seeks, he alleges in the Motion that service has been effected. However, no Return Of Service or Affidavit from a process server has been filed in the Court record. Therefore, though Plaintiff has filed a Memorandum showing good cause for not responding timely to the Court's prior Order (DE 5) and sought an extension of time to serve, he has failed establish that he has complied with Federal Rule of Civil Procedure 4, or show good cause for not properly serving Defendant within the extension of time sought.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff Joseph Yvon's Notice Of Good Cause In Response (DE 6), which the Court construes as a Motion For Extension of Time, be and the same is hereby **GRANTED** nunc pro tunc to August 8, 2008;

2. The above-styled cause be and the same is hereby **DISMISSED** without prejudice for Plaintiff's failure to comply with Federal

Rule of Civil Procedure 4(m) and file a Return Of Service by the date of this Order; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   15th   day of August, 2008.

                                   WILLIAM J. ZLOCH
                                   United States District Judge

Copies furnished:

All Counsel of Record